**FILED**

March 17, 2011

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>　　　　　　　　　　　　　　)<br>　　　　　　Plaintiff,　　　　)<br>　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　)<br>CUONG DI BUI ,　　　　　　 )<br>　　　　　　　　　　　　　　)<br>　　　　　　Defendant.　　　　) | Case No. 3:11-CR-00010-CMK<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>CUONG DI BUI</u>, Case No. <u>3:11-CR-00010-</u>

<u>CMK</u>, Charge <u>21 USC 841(a)(1)</u>, from custody subject to the conditions contained in the attached

"Notice to Defendant Being Released" and for the following reasons:

　　　　＿　　Release on Personal Recognizance

　　✔　　Bail Posted in the Sum of $ <u>50,000 (co-signed)</u>

　　　　✔　　Unsecured Appearance Bond

　　　　＿　　Appearance Bond with 10% Deposit

　　　　＿　　Appearance Bond with Surety

　　　　＿　　Corporate Surety Bail Bond

　　　　✔　　(Other)　　<u>With pretrial supervision and conditions of release as</u>

　　　　　　　　　　　　<u>stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>March 17, 2011</u> at <u>　5:00　</u> pm .

By　　　*Dale A. Drozd*

Dale A. Drozd
United States Magistrate Judge